**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Jamie L. Coleman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:13-cv-02459-HEA |
| vs. ) | |
| ) | |
| Northland Group, Inc., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW ENTRY OF APPEARANCE OF DAVID M. SCHULTZ

NOW COMES the Defendant, NORTHLAND GROUP, INC., (hereinafter, "Defendant"), by its attorneys, Hinshaw & Culbertson LLP, and for its Motion to Withdraw Entry of Appearance of David M. Schultz, states as follows:

1. On December 12, 2013 an Entry of Appearance was filed by David M. Schultz on behalf of Defendant Northland Group, Inc. (Doc. 9).

2. David M. Schultz's Entry of Appearance was filed in error and his appearance should be withdrawn.

3. Adam B. Rucker of the law firm of HINSHAW & CULBERTSON LLP entered his appearance on December 9, 2013 on behalf of Defendant Northland Group, Inc. (Doc. 4) and shall remain as lead counsel for Defendant.

WHEREFORE, Defendant, NORTHLAND GROUP, INC., respectfully requests this Court to enter an order withdrawing Entry of Appearance of David M. Schultz.

**HINSHAW & CULBERTSON LLP**

/s/ Adam B. Rucker
Adam B. Rucker, #60657
521 West Main Street
Suite 300
P.O. Box 509
Belleville, IL 62222-0509
P: 618-277-2400
F: 618-277-1144
arucker@hinshawlaw.com
Attorneys for Defendant Northland Group, Inc.

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of August, 2014, a copy of the foregoing **MOTION TO WITHDRAW ENTRY OF APPEARANCE OF DAVID M. SCHULTZ** was filed electronically. Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

Mr. Richard A. Voytas, Jr.
Voytas & Company, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1068
Fax:    (314) 667-3161
rickvoytas@gmail.com
*Attorneys for Plaintiff*

HINSHAW & CULBERTSON LLP

By:  /s/ Adam B. Rucker
     Adam B. Rucker

2

10869380v1 0953307